UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AUTO-OWNERS INSURANCE COMPANY,

    Plaintiff,

v.                                        CASE NO: 3:19-cv-00813-MMH-JBT

SOUTH BEACH PARTNERS, LLC c/o LAND
SOUTH INVESTMENTS, INC. and VALENCIA
AT SOUTH BEACH CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.

## NOTICE OF DISMISSAL

Plaintiff AUTO-OWNERS INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this lawsuit with each party to bear its own attorney's fees and costs.

Respectfully Submitted,

**DAVIS LAW FIRM**

*/s/ Todd M. Davis*
**TODD M. DAVIS, ESQ.**
FL BAR NO. 58470
TD@DavisPLLC.com
**ARIEL R. SPIRES, ESQ.**
FL BAR NO. 0124523
Aspires@DavisPLLC.com
231 E. Adams Street
Jacksonville, FL 32202
904-400-1429 (T)
904-638-8800 (F)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 18, 2019, I E-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

                                              */s/Ariel R. Spires*
                                              **ARIEL R. SPIRES, ESQ.**