**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AUTO-OWNERS INSURANCE
COMPANY,

        Plaintiff,

v.                                                    Case No.   3:19-cv-813-J-34JBT

SOUTH BEACH PARTNERS, LLC,
c/o Land South Investments, Inc., et al.,

        Defendants.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal (Dkt. No. 5; Notice) filed on October 18, 2019.   In the Notice, Plaintiff requests dismissal of this matter. See Notice at 1.   Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment.   Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED**.

2.    Each party shall bear its own costs and attorneys' fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of October, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties